No. 87–1085. FAITH CHRISTIAN FELLOWSHIP OF MILWAUKEE, INC., AKA WORD ALIVE CHRISTIAN FELLOWSHIP *v.* BOARD OF

ZONING APPEALS OF THE CITY OF MILWAUKEE ET AL. Ct. App. Wis. Certiorari denied.